**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____
(State)

Case number (*If known*): _____  Chapter 11

☐ Check if this is an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Chapman CBC, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Chapman Crafted<br>Chapman Crafted Beer<br>Chapman Crafted Beer Company |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 _ 4 1 7 2 0 1 4 |

4. **Debtor's address**

**Principal place of business**

123 N CYPRESS ST
_____
Number       Street

_____

Orange          CA     92866
_____
City              State    ZIP Code

USA
_____
County

**Mailing address, if different from principal place of business**

_____
Number       Street

_____
P.O. Box

Orange
_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number       Street

_____

_____
City              State    ZIP Code

5. **Debtor's website** (URL)    www.chapmancrafted.com

Debtor     <u>Chapman CBC, LLC</u>              Case number *(if known)*_____
        <sub>Name</sub>

---

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u>  <u>1</u>  <u>8</u>  <u>1</u>

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____ When _____ Case number _____
                                      MM / DD / YYYY

           District _____ When _____ Case number _____
                                        MM / DD / YYYY

---

| Debtor | Chapman CBC, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that app*ly.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____    _____ _____
City                          State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

| Debtor | Chapman CBC, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/13/2025
MM / DD / YYYY

X _[signature]_
Signature of authorized representative of debtor

Wil Dee
Printed name

Title President

**18. Signature of attorney**

X _[signature]_
Signature of attorney for debtor

Date 05/13/2025
MM / DD / YYYY

Gregory K. Jones
Printed name

STRADLING YOCCA CARLSON & RAUTH LLP
Firm name

10100 N. Santa Monica Blvd., Suite 1450
Number Street

Los Angeles
City

CA
State

90067
ZIP Code

(424) 214-7000
Contact phone

gjones@stradlinglaw.com
Email address

181072
Bar number

CA
State

---

# Statement of Cash Flows

# January – March, 2025

# Chapman Crafted

## Statement of Cash Flows

### January - March, 2025

| | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** | |
| Net Income | -41,538.59 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Accounts Receivable (A/R) | -34,424.81 |
| Inventory Asset:Finished Beer:Beer - Kegged | 344.89 |
| Inventory Asset:Finished Beer:Beer - Packaged | 1,605.25 |
| Undeposited Citizens Funds | -1,513.88 |
| Accounts Payable (A/P) | 1,117.80 |
| AMEX CREDIT CARDS | 4,759.90 |
| AMEX CREDIT CARDS:Amex - J Gonzalez 21356 | -2,732.77 |
| Discover Credit Card 4592 | -1,110.97 |
| Bank of America Line of Credit - 5371/5221 | -1,511.41 |
| CRV Payable | -80.46 |
| Employee Tips Payable | -519.26 |
| Fundomate Loan Payable $1,636.37 | 15,815.24 |
| Fundomate Loan Payable $1,831.73 | -9,594.06 |
| Gift Card Liability | -709.53 |
| Kapitus Loan $1,987.00 | -15,063.42 |
| Keg Deposits - Customers | 7,440.00 |
| North Star Leasing Loan $3,900 | -5,301.27 |
| Payroll Liability - CalSavers | 207.25 |
| Payroll Liability - Taxes | -2,676.82 |
| Sofi Loan $90k - $3,020.10 | -7,042.04 |
| Vehicle Loans:Ford Credit Loan - 2023 Ford Transit Connect $868.75 | -1,014.23 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-52,004.60** |
| **Net cash provided by operating activities** | **$ -93,543.19** |
| **INVESTING ACTIVITIES** | |
| Security Deposits | 4,300.00 |
| **Net cash provided by investing activities** | **$4,300.00** |
| **FINANCING ACTIVITIES** | |
| Adam Degner Loan | 50,000.00 |
| Ron Inc. Loan | 70,224.00 |
| Ron Inc | -2,348.00 |
| **Net cash provided by financing activities** | **$117,876.00** |
| **NET CASH INCREASE FOR PERIOD** | **$28,632.81** |
| Cash at beginning of period | 12,151.88 |
| **CASH AT END OF PERIOD** | **$40,784.69** |

**Balance Sheet
as of March 31, 2025**

# Chapman Crafted

## Balance Sheet

As of March 31, 2025

| | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| BofA Beer 4529 | 25,781.27 |
| BofA Payroll 4516 | 41.73 |
| Cash on hand | 14,379.74 |
| FMB Beer 9529 | 221.95 |
| **Total Bank Accounts** | **$40,424.69** |
| Accounts Receivable | |
| Accounts Receivable (A/R) | 82,162.02 |
| **Total Accounts Receivable** | **$82,162.02** |
| Other Current Assets | |
| Inventory Asset | 98,093.06 |
| Prepaid Expenses | 11,700.00 |
| Undeposited Citizens Funds | 1,513.88 |
| Undeposited Funds | 360.00 |
| **Total Other Current Assets** | **$111,666.94** |
| **Total Current Assets** | **$234,253.65** |
| Fixed Assets | |
| Accumulated Depreciation | -710,551.00 |
| Fullerton Location | 94,609.27 |
| Orange Location | 1,025,060.30 |
| Vehicles | 142,886.68 |
| **Total Fixed Assets** | **$552,005.25** |
| Other Assets | |
| Security Deposits | 5,793.06 |
| **Total Other Assets** | **$5,793.06** |
| **TOTAL ASSETS** | **$792,051.96** |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | 11,129.55 |
| **Total Accounts Payable** | **$11,129.55** |
| Credit Cards | |
| AMEX CREDIT CARDS | 99,178.86 |
| Citi Mastercard 4716 | 5,150.00 |
| Discover Credit Card 4592 | 23,204.19 |

| | TOTAL |
|---|---|
| **Total Credit Cards** | **$127,533.05** |
| Other Current Liabilities | |
| Bank of America Line of Credit - 5371/5221 | 26,854.66 |
| CRV Payable | -542.46 |
| EIDL Loan | 500,000.00 |
| Employee Tips Payable | 2,234.76 |
| Fundomate Loan Payable $1,636.37 | 15,815.24 |
| Fundomate Loan Payable $1,831.73 | 21,492.26 |
| Gift Card Liability | 11,411.70 |
| Haven Loan 2021 Tanks | 82,057.22 |
| Kapitus Loan $1,987.00 | 74,732.38 |
| Keg Deposit - Zethos LLC | 12,820.00 |
| Keg Deposits - Customers | 51,834.06 |
| North Star Leasing Loan $3,900 | 141,475.24 |
| Partner Loan - Wil Dee | 45,579.60 |
| Payroll Liability - CalSavers | 564.26 |
| Payroll Liability - Taxes | -2,676.82 |
| Sofi Loan $90k - $3,020.10 | 58,956.42 |
| Vehicle Loans | 34,950.14 |
| **Total Other Current Liabilities** | **$1,077,558.66** |
| **Total Current Liabilities** | **$1,216,221.26** |
| Long-Term Liabilities | |
| Adam Degner Loan | 50,000.00 |
| Beth & Bob Millett  Loan | 70,000.00 |
| Dee Family Loan | 100,000.00 |
| Ron Inc. Loan | 1,253,826.22 |
| **Total Long-Term Liabilities** | **$1,473,826.22** |
| **Total Liabilities** | **$2,690,047.48** |
| Equity | |
| Retained Earnings | -2,864,108.93 |
| Ron Inc | 997,652.00 |
| Will Dee | 10,000.00 |
| Net Income | -41,538.59 |
| **Total Equity** | **$ -1,897,995.52** |
| **TOTAL LIABILITIES AND EQUITY** | **$792,051.96** |

**Profit and Loss**
**January – March, 2025**

# Chapman Crafted

## Profit and Loss

January - March, 2025

| | TOTAL |
|---|---:|
| **Income** | |
| Brewery Sales | 171,232.55 |
| Coffee Bean Sales Wholesale | 1,178.00 |
| Tasting Room Sales | 202,514.28 |
| Uncategorized Income | 5.00 |
| **Total Income** | **$374,929.83** |
| **Cost of Goods Sold** | |
| Brewery Cost of Goods Sold | 73,949.74 |
| Coffee Supplies | 1,122.15 |
| Cost of Goods Sold | 5,100.47 |
| Food Purchases | 596.00 |
| Tasting Room Cost of Goods Sold | 21,787.34 |
| **Total Cost of Goods Sold** | **$102,555.70** |
| **GROSS PROFIT** | **$272,374.13** |
| **Expenses** | |
| Advertising | 11,976.15 |
| Automobile Expense | 3,700.46 |
| Bank Charges | 234.87 |
| Business Taxes & Licenses | 68.50 |
| Dues & Subscriptions | 325.00 |
| Equipment Expense | 14,042.52 |
| Insurance | 2,468.30 |
| Interest Expense | 27,810.61 |
| Meals and Entertainment | 21.37 |
| Office Expenses | 66.08 |
| Payroll Expenses G&A | 165,002.44 |
| Professional Fees | 11,859.00 |
| QuickBooks Payments Fees | 578.84 |
| Rent Expense | 42,758.00 |
| Repairs and Maintenance | 2,273.59 |
| Sales Expense | 651.75 |
| Shipping & Delivery Expense | 10,811.05 |
| Software & Technology | 1,751.86 |
| Taxes | 1,365.11 |
| Telephone Expense | 250.00 |
| Uncategorized Expense | 70.00 |
| Uniforms | 986.90 |
| Utilities | 15,357.77 |
| **Total Expenses** | **$314,430.17** |
| **NET OPERATING INCOME** | **$ -42,056.04** |

|  | TOTAL |
|---|---|
| Other Income | |
|   Credit Card Cash Back Reward & Rebates | 517.45 |
| **Total Other Income** | **$517.45** |
| NET OTHER INCOME | **$517.45** |
| NET INCOME | **$ -41,538.59** |